ALBERT W. SCHNEIDER, APPELLEE, v. E. A. HARMS ET AL., APPELLANTS.

FILED DECEMBER 16, 1930. No. 27499.

*I. C. Travis, B. S. Baker* and *Battelle, Travis & Strehlow,* for appellants.

*Eugene N. Blazer* and *Will H. Thompson & Son, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.

Plaintiff brought this action in the district court for Douglas county to recover money alleged to have been loaned to defendants for the purchase of a theatre to be managed by plaintiff. Defendants have appealed from a judgment in favor of plaintiff in the sum of $8,500 and interest from March 7, 1927.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.